ORIGINAL

CHG

RICHARD S. KAWANA #1608
4 South King Street, Suite 201
Honolulu, HI 96813
Tel (808) 536-6805
Fax (808) 536-7195
E-Mail: None
Attorney for Defendant
JUBILEE EDWARD LOGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 7 2006

at 6 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG 03 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; |
| | ) | DEFENDANT LOGAN'S MOTION TO |
| vs. | ) | CONTINUE MITTIMUS; |
| | ) | DECLARATION; EXHIBIT "A"; |
| JUBILEE EDWARD LOGAN,    (03) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | DATE:  February 21, 2006 |
| | ) | TIME:   2:00 P.M. |
| | ) | JUDGE: HELEN GILLMOR |

NOTICE OF MOTION

TO:    EDWARD H. KUBO, JR.
       United States Attorney
       LORETTA A. SHEEHAN
       Assistant U.S. Attorney
       Room 6-100, Prince Jonah Kuhio
           Kalanianaole Federal Building
       300 Ala Moana Boulevard, Box 50183
       Honolulu, HI  96850
           Attorneys for United States of America

PLEASE TAKE NOTICE that the Defendant Logan's Motion to Continue Mittimus shall come on for hearing before the Honorable ___HELEN GILLMOR___, Chief United States District Judge, in the courtroom of said judge, in the U.S. Courthouse, Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on TUESDAY , FEBRUARY 21 , 2006, at 2:00 o'clock p.m., or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00197 HG 03 |
| | ) | |
| Plaintiff, | ) | DEFENDANT LOGAN'S MOTION TO |
| | ) | CONTINUE MITTIMUS |
| vs. | ) | |
| | ) | |
| JUBILEE EDWARD LOGAN,    (03) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT LOGAN'S MOTION TO CONTINUE MITTIMUS

COMES NOW Defendant, by and through his attorney, Richard S. Kawana, and

moves this Honorable Court to continue mittimus herein to and until June 8, 2006,

because of defendant was seriously injured in an automobile accident, required major

surgery to repair his knee, and he will be incapacited for 8 weeks and unable to move

around normally for an additional 4 weeks, and will thus be unable to travel for at least

three months. This motion is made pursuant to Fed. R. Crim. P. 47 and is based upon the

files and records of this case, the attached declaration and exhibit, and upon all such

additional evidence and information to be adduced at a hearing of this motion, or that are

properly before the court, demonstrating good cause to grant Defendant motion.

DATED: Honolulu, Hawaii, February 17, 2006.

RICHARD S. KAWANA
Attorney for Defendant
JUBILEE EDWARD LOGAN