Feb-17-2006 10:15am   From-QMC OET 5E            808-537-7434          T-892  P.001/001  F-082

**etergram**

"WRITE IT - DON'T SAY IT" - if very important use carbon and keep a copy

For Inter-departmental communications only in
**THE QUEEN'S MEDICAL CENTER**
Honolulu, Hawaii

ject: _____

Date: _____

541-3502

To Whom it May Concern,

While Logan was a broken knee that was operated on me at Queen's Hospital. It is well-explained with plate/screws and he will be non weight bearing x 6wks then so? very intensive x-rays & walks.

[Signed]
Allan rauh
Orthopaedic Surgeon

RECEIVED
'06 FEB 17 AB:59
PRETRIAL SERVICES OFFICE
DISTRICT OF HAWAII

EXHIBIT "A"