IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG 03 |
| ) | |
| ) | CERTIFICATE OF SERVICE |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUBILEE EDWARD LOGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was duly served on February 17, 2006 by fax and by hand delivery on February 21, 2006 to the following:

EDWARD H. KUBO, JR.
United States Attorney
LORETTA A. SHEEHAN
Assistant U.S. Attorney
Room 6-100, Prince Jonah Kuhio
   Kalanianaole Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA
(Fax 541-2958)

DAVID KAHUNAHANA
U.S. Pretrial Services Officer
Room 7-222, Prince Jonah Kuhio
   Kalanianaole Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850
(Fax 541-3507)

DATED: Honolulu, Hawaii, February 17, 2006

*(signature)*
RICHARD S. KAWANA
Attorney for Defendant