# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 22, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR. 04-00197HG

CASE NAME:      U.S.A. vs. (03) JUBILEE EDWARD LOGAN

JUDGE:   Helen Gillmor                REPORTER:

DATE:    February 22, 2006            TIME:

COURT ACTION:           **<u>MINUTE ORDER</u>**

    Defendant (03) Jubilee Edward Logan filed a Motion to Continue Mittimus on February 17, 2006.  Ronald G. Johnson, Esq., Supervisor to Loretta A. Sheehan, Esq., informed the court that the government does not have any objections to the motion.  The Motion to Continue Mittimus is granted without a hearing.

    IT IS ORDERED that the Mittimus be extended until 2:00 p.m. on June 8, 2006.  IT IS FURTHER ORDERED that the defendant surrender for service of sentence at the institution designated by the Bureau of Prisons by 2:00 p.m. on June 8, 2006.


    Submitted by: David H. Hisashima, Courtroom Manager

cc:    The above-listed attorneys
       U.S. Marshal
       U.S. Pretrial Services Office
       Judge Gillmor