**ORIGINAL**

RICHARD S. KAWANA #1608
4 South King Street, Suite 201
Honolulu, HI 96813
Tel (808) 536-6805
Fax (808) 536-7195
Attorney for Defendant
JUBILEE EDWARD LOGAN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at 8 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG 03 |
| ) | |
| Plaintiff, ) | STIPULATION AUTHORIZING |
| ) | TRAVEL; ORDER |
| vs. ) | |
| ) | |
| JUBILEE EDWARD LOGAN, (03) ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION AUTHORIZING TRAVEL

WHEREAS, defendant has been placed upon release on terms and conditions, and requires the consent of the court to travel from the Island of Oahu;

WHEREAS, defendant wishes to travel to the Island of Hawaii leaving on May 26, 2006 and returning on June 5, 2006 to conclude final matters concerning his personal affairs and his property; and then to travel from Honolulu to El Reno, Oklahoma, leaving on June 5, 2006, for the purpose of self-surrendering at the FCI El Reno Satellite Camp by June 8, 2006 as required by the Minute Order filed herein on February 22, 2006;

Whereas, the Pretrial Services Office has no objection to such travel to the Island of Hawaii and has approved previous trips by the defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their undersigned attorneys, that the Defendant's conditions of release shall be and hereby are modified so that Defendant shall be and hereby is authorized to travel from Honolulu to the Island of Hawaii from on or about May 26, 2006, and return to Honolulu on or about June 5, 2006, and to leave from Honolulu to travel to El Reno, Oklahoma, from on or about June 5, 2006, for self-surrender by June 8, 2006, and that all other conditions of defendant's release not inconsistent herewith shall remain in full force and effect.

DATED: Honolulu, Hawaii, _____May 15, 2006_____.

EDWARD H. KUBO, JR.
United States Attorney

By _____Loretta A. Sheehan_____
LORETTA A. SHEEHAN
Assistant U.S. Attorney

_____Richard S. Kawana_____
RICHARD S. KAWANA
Attorney for Defendant
JUBILEE EDWARD LOGAN

APPROVED:

_____
United States Pretrial Services


APPROVED AND SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE

---

UNITED STATES OF AMERICA vs. JUBILEE EDWARD LOGAN,
Cr. No. 04-00197 HG 03; Stipulation Authorizing Travel; Order