RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel. No.:  (808) 536-6805
Fax No.:  (808) 536-7195

Attorney for Defendant
JUBILEE EDWARD LOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00197 HG 03 |
| ) | |
| Plaintiff, ) | ORDER EXONERATING APPEARANCE |
| ) | BOND |
| vs. ) | |
| ) | |
| JUBILEE EDWARD LOGAN,   (03) ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER EXONERATING APPEARANCE BOND

Whereas, Defendant Jubilee Edward Logan executed an appearance bond on January 10, 2005, in the above-captioned cause, in the sum of $100,000.00 secured by the sum of $10,000.00 in cash deposited in the Registry of the Court;

Whereas, Defendant Jubilee Edward Logan has fulfilled all conditions of the aforesaid appearance bond, has self-surrendered to FCI Reno, OK, pursuant to the judgment herein, and is currently serving his sentence of imprisonment;

Whereas, Defendant Jubilee Edward Logan has requested that the sum of $10,000.00 in cash previously deposited in the Registry of the Court be returned to his brother and third-party custodian, Vonn Maiola Logan;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the Appearance Bond executed by Defendant Jubilee Edward Logan on June 10, 2005, filed on January 12, 2005, and entered herein on January 13, 2005, shall be and the same is hereby CANCELED, RELEASED, and EXONERATED in its entirety;

IT IS HEREBY FURTHER ORDERED that the $10,000.00 in cash deposited in the Registry of the Court pursuant to the Appearance Bond shall be returned immediately to Vonn Maiola Logan, 55-132 Puuahi Street, Laie, HI 96762.

DATED: Honolulu, Hawaii, _____JUL 1 8 2006_____.

_____
United States Magistrate Judge


APPROVED AS TO FORM:

_Loretta Sheehan_
Loretta A. Sheehan
Assistant U.S. Attorney


United States of America v. Jubilee Edward Logan, Cr. No. 04-00197 HG 03,
Order Exonerating Appearance Bond